UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEO KRAMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM ALLMON, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-05451-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 10 |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **April 29, 2016**.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated:  3/18/2016

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge