UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERRY LEO KRAMER, | Case No. 15-cv-05451-HSG (PR) |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| TOM ALLMON, et al., | Re: Dkt. No. 13 |
| Defendants. | |

Good cause appearing, plaintiff's second request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **May 31, 2016**.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: April 28, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge