UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEO KRAMER,<br><br>    Plaintiff,<br><br>  v.<br><br>TOM ALLMON, et al.,<br><br>    Defendants. | Case No. 15-cv-05451-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 15 |

Good cause appearing, Plaintiff's third request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than June 30, 2016. No further extensions will be granted.

Plaintiff alleges that he has been denied access to the law library at Napa State Hospital. Docket No. 15 at 1. Prison officials at Napa State Hospital are hereby REQUESTED to provide Plaintiff access to the prison law library, to the extent such access is consistent with security concerns and other applicable policies and procedures of the facility. The Clerk of the Court shall send this order to the law librarian and litigation coordinator at Napa State Hospital as well as to Plaintiff.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge