UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEO KRAMER,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM ALLMON, et al.,<br><br>    Defendants. | Case No. 15-cv-05451-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

    Good cause appearing, the Court will grant Plaintiff a fourth and final extension of time to file his amended complaint. Plaintiff shall file his amended complaint no later than **August 15, 2016**. The amended complaint should address the deficiencies identified in the Court's Order of Dismissal with Leave to Amend, docketed March 1, 2016 (Docket No. 9).

    **IT IS SO ORDERED.**

Dated: 6/29/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge