UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY LEO KRAMER,

    Plaintiff,

v.

TOM ALLMON, et al.,

    Defendants.

Case No.  15-cv-05451-HSG

**ORDER DIRECTING PLAINTIFF TO IDENTIFY OPERATIVE AMENDED COMPLAINT**

Plaintiff, an inmate at the Mendocino County Jail, filed this *pro se* civil rights complaint under 42 U.S.C. § 1983 claiming that Defendants were deliberately indifferent to his serious medical needs.  On March 1, 2016, Plaintiff's complaint was dismissed by the Court with leave to amend.  Docket No. 9.  Plaintiff has filed two amended complaints with the Court.  *See* Docket No. 22 (filed on June 29, 2016) and Docket No. 23 (filed on July 1, 2016).  Because the two amended complaints differ significantly,[1] Plaintiff should inform the Court by **August 19, 2016** which filing is intended to serve as the operative amended complaint.  Plaintiff may file a short statement stating: "Docket No. ___ is the operative amended complaint."

**IT IS SO ORDERED.**

Dated: 7/20/2016

                                                      _____
                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge

---

[1] Docket No. 22 sets forth legal claims regarding Plaintiff's medical treatment and names five defendants.  *See* Docket No. 22-2 at 2 and 3–17.  Docket No. 23 does not specify any legal claims, and consists of Plaintiff's state court habeas petition, an inmate request form, an inmate grievance, articles regarding mental health services at Mendocino County Jail, a letter previously filed in this action, and an order issued in this action.  *See* Docket No. 23.  However, the complaint filed in Docket No. 23 names eight defendants.  *See id.* at 2.