UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY LEO KRAMER,

    Plaintiff,

  v.

TOM ALLMON, et al.,

    Defendants.

Case No.  15-cv-05451-HSG

**ORDER OF DISMISSAL**

Plaintiff, an inmate at San Quentin State Prison, filed this *pro se* action under 42 U.S.C. § 1983.  On August 22, 2016, the Court dismissed Plaintiff's amended complaint with leave to amend.  Docket No. 28.  On October 24, 2016, the Court granted Plaintiff an extension of time to January 31, 2017 to file his second amended complaint.  Docket No. 32.  The Court informed Plaintiff that failure to file a proper second amended complaint within the designated time would result in the dismissal of this action.  The deadline has since passed and Plaintiff has failed to file a second amended complaint or otherwise communicate with the Court.  Accordingly, this case is DISMISSED without prejudice.  The Clerk shall terminate all pending motions and deadlines.

    **IT IS SO ORDERED.**

Dated: 2/17/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge