UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY LEO KRAMER,

    Plaintiff,

  v.

TOM ALLMON, et al.,

    Defendants.

Case No. 15-cv-05451-HSG

**JUDGMENT**

    Plaintiff's case has been dismissed without prejudice for failure to file an amended complaint. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: 2/17/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge